**Clarence SIMMONS, Petitioner-Appellant,**

v.

**UNITED STATES BOARD OF PAROLE et al., Respondents-Appellees.**

No. 71–1912.

United States Court of Appeals, Fifth Circuit.

Aug. 16, 1971.

Clarence L. Simmons, pro se.

John W. Stokes, Jr., U. S. Atty., Richard H. Still, Jr., Atlanta, Ga., for respondent-appellees.

Before JOHN R. BROWN, Chief Judge and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed[1]  See Local Rule 21[2]; Thompkins v. United States Board of Parole, 5 Cir., 1970, 427 F.2d 222.

---

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5 Cir., 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.